1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   JASON E. PELLUM, SR.,                    Old Case No. 1:15-cv-00120 LJO DLB PC
                                              New Case No. 1:15-cv-00120 AWI DLB PC
12              Plaintiff,
                                              ORDER OF RECUSAL AND
13      v.                                    REASSIGNMENT

14   LAWRENCE J. O'NEILL,

15              Defendant.

16

17          Plaintiff Jason E. Pellum, Sr., is a California state prisoner proceeding pro se in this civil

18   action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on January 9, 2015.

19          A judge must disqualify himself if "his impartiality might be reasonably questioned," 28

20   U.S.C. § 455(a), or if he "is a party to the proceeding . . . ," 28 U.S.C. § 455(b)(5).  The objective

21   test for determining whether recusal is required is whether a reasonable person with knowledge of all

22   the facts would conclude that the judge's impartiality might reasonably be questioned.  United States

23   v. Johnson, 610 F.3d 1138, 1147 (9th Cir. 2010) (quotation marks and citation omitted); Pesnell v.

24   Arsenault, 543 F.3d 1038. 1043 (9th Cir. 2008).

25          In this case, Plaintiff names the undersigned as Defendant.  Therefore, the Court deems it

26   necessary to disqualify the undersigned.  28 U.S.C. §§ 455(a), (b)(5).

27          Accordingly, the undersigned is HEREBY RECUSED and this action is REASSIGNED to

28   the docket of District Judge Anthony W. Ishii.  The case number to be used on all future filings is as

                                                   1

follows:

**1:15-cv-00120-AWI-DLB-PC**

IT IS SO ORDERED.

Dated:   __**January 29, 2015**__                __**/s/ Lawrence J. O'Neill**__
                                                                    UNITED STATES DISTRICT JUDGE