# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. PELLUM, SR., | Case No. 1:15-cv-00120 AWI DLB (PC) |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G) |
| v. | |
| FEDERAL JUDGE LAWRENCE J. O'NEILL, et al., | (Doc. 1) |
| Defendants. | |

Plaintiff Jason E. Pellum, Sr., a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 9, 2015. Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]

---

[1] Plaintiff has at least three dismissals which qualify as final strikes under section 1915(g). Silva v. Di Vittorio, 658 F.3d 1090, 1098-99 (9th Cir. 2011). The Court takes judicial notice of the following United States District Court cases: Pellum v. Fresno Police Dept., 1:10-cv-1258-OWW-SKO (E.D.Cal.) (dismissed for failure to state a claim on Mar. 7, 2011); Pellum v. The White House, 2:13-cv-0651-AC (E.D.Cal.) (dismissed as frivolous on April 26, 2013); Pellum v. Skiles, 1:14-cv-1082-MJS (E.D.Cal.) (dismissed for failure to state a claim on July 22, 2014).

The Court has reviewed Plaintiff's complaint and his allegations do not satisfy the imminent danger exception to section 1915(g).[2]  <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1055-56 (9th Cir. 2007).  If Plaintiff wishes to pursue this action, he must first pay the $400.00 filing fee.

Accordingly, the Court HEREBY ORDERS that this action is DISMISSED, without prejudice to re-filing accompanied by the $400.00 filing fee.

IT IS SO ORDERED.

Dated:   February 12, 2015                                    _____
                                                              SENIOR DISTRICT JUDGE

---

[2] Plaintiff is currently incarcerated at Fresno County Jail, and his allegations concern judicial decisions in a state court case.  His complaint presents no allegations that he is under imminent danger of serious physical injury.

2